ALAN J. LAZARUS (State Bar No. 129767)
KRISTA L. COSNER (State Bar No. 213338)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510
Alan.Lazarus@dbr.com
Krista.Cosner@dbr.com

Attorneys for Defendant
SMITHKLINE BEECHAM CORPORATION d/b/a
GLAXOSMITHKLINE

ORIGINAL FILED

MAY 27 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

DAVID COMPTON, EARL HAUTHER, THOMAS MCKINNEY,

Plaintiffs,

v.

SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE and McKESSON CORPORATION,

Defendants.

Case No.

**DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
**[CIV. L.R. 3-16]**

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Defendant, SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE is a wholly owned subsidiary of GlaxoSmithKline plc, the ultimate parent corporation.

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\400668\1   DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS   CASE NO.

Dated: May 27, 2008

DRINKER BIDDLE & REATH LLP

_/s/ Krista L. Cosner_
KRISTA L. COSNER

Attorneys for Defendant
SMITHKLINE BEECHAM
CORPORATION d/b/a
GLAXOSMITHKLINE

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\400668\1

2

DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS    CASE NO.