| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | ALAN J. LAZARUS (State Bar No. 129767)<br>KRISTA L. COSNER (State Bar No. 213338)<br>DRINKER BIDDLE & REATH LLP<br>50 Fremont Street, 20th Floor<br>San Francisco, California 94105<br>Telephone: (415) 591-7500<br>Facsimile: (415) 591-7510<br>Alan.Lazarus@dbr.com<br>Krista.Cosner@dbr.com<br><br>Attorneys for Defendant<br>SMITHKLINE BEECHAM CORPORATION d/b/a<br>GLAXOSMITHKLINE |

ORIGINAL FILED

MAY 27 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

MEJ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID COMPTON, EARL HAUTHER, THOMAS MCKINNEY,<br><br>Plaintiffs,<br><br>v.<br><br>SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE and McKESSON CORPORATION,<br><br>Defendants. | Case No.<br><br>**DISCLOSURE STATEMENT OF GLAXOSMITHKLINE**<br>**[F.R.C.P. 7.1]** |

The undersigned, counsel of record for Defendant, SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE, furnishes the following in compliance with Federal Rule of Civil Procedure 7.1.

GlaxoSmithKline plc, a publicly traded company, is the ultimate parent corporation, through several levels of wholly owned subsidiaries, of defendant, SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE. No publicly held company owns ten percent or more of the stock of GlaxoSmithKline plc.

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\400671\1

DISCLOSURE STATEMENT OF GLAXOSMITHKLINE                                                             CASE NO.

1  Dated: May 27, 2008

DRINKER BIDDLE & REATH LLP

*[signature]*

KRISTA L. COSNER

Attorneys for Defendant
SMITHKLINE BEECHAM
CORPORATION d/b/a
GLAXOSMITHKLINE

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\400671\1    DISCLOSURE STATEMENT OF GLAXOSMITHKLINE    2    CASE NO.