ALAN J. LAZARUS (State Bar No. 129767)
KRISTA L. COSNER (State Bar No. 213338)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California  94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510
Alan.Lazarus@dbr.com
Krista.Cosner@dbr.com

Attorneys for Defendants
SMITHKLINE BEECHAM CORPORATION d/b/a
GLAXOSMITHKLINE and McKESSON
CORPORATION

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID COMPTON, EARL HAUTHER, THOMAS MCKINNEY,<br><br>                    Plaintiffs,<br><br>          v.<br><br>SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE and McKESSON CORPORATION,<br><br>                    Defendants. | Case No. C-08-02667 MEJ<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE.

The undersigned parties hereby decline to consent to the assignment of this case to

a United States Magistrate Judge for trial and disposition and hereby request the

reassignment of this case to a United States District Judge.

Dated: June 6, 2008                    DRINKER BIDDLE & REATH LLP


                                       /S/ Krista L. Cosner
                                       KRISTA L. COSNER

                                       Attorneys for Defendants
                                       SMITHKLINE BEECHAM
                                       CORPORATION d/b/a
                                       GLAXOSMITHKLINE and McKESSON
                                       CORPORATION