**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking                                                                                                         General Court Number
Clerk                                                                                                                                       415.522.2000

**June 12, 2008**

**CASE NUMBER:  CV 08-02667 MEJ**
**CASE TITLE:  DAVID COMPTON-v-SMITHKLINE BEECHAM**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable Thelton E. Henderson** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **TEH** immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 6/12/08

                                                                                                FOR THE EXECUTIVE COMMITTEE:

                                                                                                _____
                                                                                                                                            Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                              Special Projects
Log Book Noted                                                         Entered in Computer 6/12/08ha


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                              Transferor CSA