ALAN J. LAZARUS (State Bar No. 129767)
KRISTA L. COSNER (State Bar No. 213338)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510
Alan.Lazarus@dbr.com
Krista.Cosner@dbr.com

Attorneys for Defendants
SMITHKLINE BEECHAM CORPORATION d/b/a
GLAXOSMITHKLINE and McKESSON
CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID COMPTON, EARL HAUTHER, THOMAS MCKINNEY,<br><br>                    Plaintiffs,<br>     v.<br><br>SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE and McKESSON CORPORATION,<br><br>                    Defendants. | Case No. C-08-02667 TEH<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the time within which defendants SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE ("GSK") and McKESSON CORPORATION ("McKesson) (collectively "Defendants") may move, answer, or otherwise respond to Plaintiffs' Complaint shall be governed by the Pretrial Orders entered in the multi-district litigation, *In re Avandia Marketing, Sales Practices and Products Liability Litigation,* MDL 1871 (E.D. Pa.) before the Honorable Cynthia M. Rufe, of the United States District Court for the Eastern District of Pennsylvania.[1]

---

[1] The above-entitled action was tagged for transfer to MDL 1871 and awaits transfer by the Judicial Panel on Multidistrict Litigation.

1  Pursuant to Local Rule 6-1, stipulations which alter the date of any event or any
2  deadline already fixed by the Court require court approval. Although the parties believe
3  this stipulation will have no such effect, to the extent that it does, the parties request that
4  this Court approve the proposed order below, allowing the time frame for Defendants to
5  move, answer, or otherwise respond to Plaintiffs' Complaint to be governed by the
6  Pretrial Orders entered in the multi-district litigation, *In re Avandia Marketing, Sales*
7  *Practices and Products Liability Litigation,* MDL 1871 (E.D. Pa.).

8  IT IS SO STIPULATED:

9  Dated: June 13, 2008                 DRINKER BIDDLE & REATH LLP

10
                                        /s/ Krista L. Cosner
11                                      KRISTA L. COSNER

12                                      Attorneys for Defendants
                                        SMITHKLINE BEECHAM
13                                      CORPORATION d/b/a
                                        GLAXOSMITHKLINE and
14                                      McKESSON CORPORATION

15

16  Dated: June 13, 2008                 THE MILLER FIRM, LLLC

17

18                                       /s/ David C. Andersen
                                        DAVID C. ANDERSEN (Bar No. 194095)
19                                      KRISTINA M. GIGSTAD

20                                      Attorney for Plaintiffs

21
    Pursuant to stipulation, IT IS SO ORDERED:
22

23  Dated: June 16, 2008

24                                      _____
                                        United States District Judge, Northern
25                                      District of California

                                        [Signature]
26                                      Judge Thelton E. Henderson
27

28