**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

July 15, 2008

United States District Court
Eastern District of Pennsylvania
United States Court House
Office of the Clerk
601 Market Street
Philadelphia, PA 19106-1797

**RE:   David Compton, et al.  -v-  SmithKline Beecham Corp., et al.,
         Case No.  C-08-2667-TEH**
     **In re Advandia Marketing, Sales Practices & Products Liability Litigation,
        MDL  No.  1871**

Dear Clerk,

   Pursuant to an *order transferring* the above captioned case to your court, transmitted herewith are:

☐     Certified copy of docket entries.

☐     Certified copy of Transferral Order.

☐     Original case file documents.

X     Please access the electronic case file for all the pleadings you may need.


                    Sincerely,
                    RICHARD W. WIEKING, Clerk



                    by:  Thelma Nudo
                         Deputy Clerk


Enclosures
Copies to counsel of                    record